<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
DONALD A. BRUBAKER,              )
BRUBAKER & BRUBAKER, a           )  Civil Action
  Partnership, and               )  No. 04-CV-03355
BRUBAKER, INC.,                  )
                                 )
            Plaintiffs           )
                                 )
      v.                         )
                                 )
EAST HEMPFIELD TOWNSHIP,         )
THE BOARD OF SUPERVISORS OF      )
  EAST HEMPFIELD TOWNSHIP,       )
R. MICHAEL WAGNER,               )
NEIL R. KINSEY,                  )
SUSAN R. BERNHARDT,              )
JOHN BINGHAM,                    )
LARRY L. MILLHOUSE and           )
GEORGE R. MARCINKO,              )
                                 )
            Defendants           )
```

<u>O R D E R</u>

NOW, this 31st day of March, 2006, upon consideration of Defendants' Motion for Summary Judgment filed August 15, 2005; upon consideration of Plaintiffs' Brief in Reply to Defendants' Summary Judgment Motion, which brief was filed September 30, 2005; and for the reasons expressed in the accompanying Memorandum,

<u>IT IS ORDERED</u> that the Defendants' Motion for Summary Judgment is granted.

<u>IT IS FURTHER ORDERED</u> that plaintiffs' Complaint is dismissed.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge